# Court of Appeals
# of the State of Georgia

ATLANTA,  November 18, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0011.  APPLING v. THE STATE.**

Appellant's Emergency Motion to Stay a 1:30 p.m. hearing on November 18, 2022, in case number SU-19-CR-0885-S before the Superior Court of Athens-Clarke County, Western Judicial Circuit for counsel's medical reasons is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/18/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*